# Court of Appeals
# of the State of Georgia

ATLANTA,  August 13, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1773. RAY v. THE STATE.

Cecil Ray filed a notice of appeal from the trial court's order dismissing his motion to vacate a void judgment, and the appeal was docketed on July 9, 2021. Ray's brief of appellant was due 20 days later, on July 29, 2021. The due date has passed, and Ray has not filed a brief. Accordingly, Ray's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/13/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*